# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

ZAPF Creation AG

                    Plaintiff,

v.                                     Case No.: 1:24−cv−04010

                                                 Honorable Martha M. Pacold

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 11, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Non−party eBay's unopposed motion for extension of time to respond to plaintiff's motion for preliminary injunction, [32] is granted. eBay's objection to the motion for preliminary injunction, [25], is due by 7/15/2024. Plaintiff's reply will be due by 7/29/2024. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.